# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE ANN FERNANDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>CA DEPT. OF CORRECTIONS, et al.,<br><br>    Respondents. | NO. ED CV 12-1062 SJO (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 6, 2012

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE